# United States Court of Appeals
## For the First Circuit

---

No. 01-2275

PALMER PAXTON STOUTT; RANCAL INTERNATIONAL, INC.;
RANCAL CORP., LTD.,

Plaintiffs, Appellants,

v.

BANCO POPULAR DE PUERTO RICO,

Defendant, Appellee.

_____

EURO-ATLANTIC SECURITIES; ABC INSURANCE CO.; XYZ INSURANCE CO.,

Defendants.

---

ERRATA

The opinion of this Court, issued on February 10, 2003, should be amended as follows.

On page 12, last line of 2nd full paragraph, add "to" between "antecedent" and "reporting".